COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In re The State of Texas

Appellate case number:    01-14-00227-CR

Trial court case number:   10-DCR-55898

Trial court:               240th District Court of Fort Bend County

On March 18, 2014, the State of Texas filed a Motion for Emergency Stay. The motion is **DENIED**.

It is so ORDERED.

Judge's signature: <u>/s/ Harvey Brown</u>
                    X  Acting individually    ☐  Acting for the Court

Date: <u>March 18, 2014</u>